```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 07-4823(DSD/JSM)
```

Steven E. Rousseau,

        Plaintiff,

v.                                                      **ORDER**

St. Peter Regional Treatment
Center,

        Defendant.

 

This matter is before the court upon petitioner's pro se objections to the report and recommendation of Magistrate Judge Janie S. Mayeron dated December 18, 2007. In her report, the magistrate judge recommends that petitioner's application for leave to proceed in forma pauperis be denied and the action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

The court reviews the report and recommendation of the magistrate judge de novo. 28 U.S.C. § 636(b)(1)(C); D. Minn. LR 72.2(b). After a de novo review, the court finds that the report and recommendation of the magistrate judge is well reasoned and correctly disposes of petitioner's motion. Therefore, the court adopts the report and recommendation of the magistrate judge [Doc. No. 3] in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for leave to proceed in forma pauperis [Doc. No. 2] is denied and this action is dismissed.

Dated:  January 25, 2008

                                                      s/David S. Doty
                                                      David S. Doty, Judge
                                                      United States District Court